DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

GERARD F. STELLWAGEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1992

————————————————

June 10, 2026

Appeal from the Circuit Court for Sarasota County; Thomas W. Krug, Judge.

Laurel Cornell Niles of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cerese Crawford Taylor, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.